# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0067
LT Case No. 2020-CF-001720-A

_____

ZAKARIYA DAUD CLARKE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Zakariya Daud Clarke, Green Cove Springs, pro se.

James Uthmeier, Attorney General, and Trisha Meggs Pate,
Bureau Chief, Assistant Attorney General, Tallahassee, for
Appellee.

April 21, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____